# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STORMBORN TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>CALAMP CORP.,<br><br>Defendant. | C.A. No. 19-2037-MN |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Stormborn Technologies LLC and Defendant CalAmp Corp. ("CalAmp"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate and agree that the time within which CalAmp may answer, move, or otherwise respond to the Complaint (D.I. 1) is extended through and including December 19, 2019.

Dated: November 13, 2019

| | |
|---|---|
| */s/ Jimmy Chong* | */s/ Kenneth L. Dorsney* |
| Jimmy Chong (#4839) | Kenneth L. Dorsney (#3726) |
| CHONG LAW FIRM | MORRIS JAMES LLP |
| 2961 Centerville Road, Suite 350 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19808 | Wilmington, DE 19801 |
| (302) 999-9480 | (302) 888-6800 |
| chong@chonglawfirm.com | kdorsney@morrisjames.com |
| | |
| *Attorneys for Plaintiff*<br>*Stormborn Technologies LLC* | *Attorneys for Defendant CalAmp Corp.* |

**SO ORDERED** this ____ day of _____, 2019.

                                                                   _____
                                                                       United States District Court Judge